IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly situated persons, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HESKA CORPORATION and JOHN DOES 1-10, )<br>)<br>)<br>Defendants. ) | No. 1:15-cv-02171<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Michael T. Mason |

## MOTION WITHDRAWING DAVID M. OPPENHEIM AS COUNSEL FOR PLAINTIFF

Plaintiff, SHAUN FAULEY, through one of his attorneys, Brian J. Wanca, hereby submits the withdrawal of David M. Oppenheim as an additional attorney of record on his behalf.

1. On March 12, 2015, Brian J. Wanca entered his appearance as lead counsel on behalf of Plaintiff in this case (Doc. 2).

2. On March 8, 2016, David M. Oppenheim entered his appearance as additional attorney for Plaintiff (Doc. 102). At the time Oppenheim entered his appearance, he was employed by the law firm of Anderson + Wanca.

3. Oppenheim is no longer employed by Anderson + Wanca and no longer serves as attorney for Plaintiff. Brian J. Wanca continues as lead counsel for Plaintiff in this matter.

WHEREFORE, Plaintiff, SHAUN FAULEY, hereby withdraws the appearance of David M. Oppenheim as additional attorney on his behalf.

1

Date: May 18, 2016                          Respectfully submitted,


                                              By:     s/Brian J. Wanca
                                                           One of the Attorneys for Plaintiff


Brian J. Wanca
bwanca@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500