IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | )  No.   1:15-cv-02171<br>) |
| v. | )  Hon.   Jorge L. Alonso<br>) |
| HESKA CORPORATION, | )<br>) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS**

NOW COMES the Plaintiff, SHAUN FAULEY ("Plaintiff"), by and through his attorneys, and hereby moves this Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order as follows:

1. Preliminarily approving the Settlement Agreement between Plaintiff, Shaun Fauley, and Defendant, Heska Corporation.

2. Approving the form of Notice of Class Action Settlement attached as Exhibit 2 to the Settlement Agreement and its dissemination to the Settlement Class by facsimile and if unsuccessful after three (3) attempts, by postcard via U.S. mail.

3. Setting a schedule for the final approval process.

This motion is made on the grounds that the proposed settlement is within the necessary range of reasonableness to justify granting the preliminary approval. Plaintiff submits his accompanying Memorandum in Support of this motion.

4. Defendant joins in on this motion.

1

WHEREFORE, Plaintiff, SHAUN FAULEY, respectfully requests that the Court enter the proposed Preliminary Approval Order attached as Exhibit 1 to the Settlement Agreement and setting the schedule for the final approval process.

Dated: November 5, 2018

Respectfully submitted,

SHAUN FAULEY, individually and as the representative of a Class of Similarly Situated Persons

By: /s/ Brian J. Wanca
Brian J. Wanca
Ryan M. Kelly
Glenn L. Hara
Wallace C. Solberg
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
bwanca@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

/s Brian J. Wanca