# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | )  No.  1:15-cv-02171<br>) |
| v. | )  Judge: Jorge L. Alonso<br>) |
| HESKA CORPORATION, | )<br>) |
| Defendant. | ) |

## ORDER PRELIMINARILY APPROVING
## <u>SETTLEMENT OF THE PREVIOUSLY CERTIFIED CLASS</u>

This matter coming before the Court on the "Agreed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class" (the "Motion"), after review and consideration of the Parties' Settlement Agreement and having been fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. On August 24, 2018, this Court certified the following class:

"All persons or entities who were successfully sent one or more facsimiles regarding Heska Corporation's goods or services from March 12, 2011, through July 21, 2014, that either (1) contain no "opt-out notice" explaining how to stop future faxes or (2) contain an opt-out notice stating, "To unsubscribe from Heska's promotional faxes, please call 800-464-3752, ext. 4565 or fax (970) 619-3008, and indicate your clinic name and fax number."

(hereinafter referred to as the "Class"). Excluded from the Class are: (a) Defendant and its present and former officers, directors, shareholders, employees and their successors, assigns and legal representatives; (b) the Court and its officers, and (c) any persons or entities who timely and validly exclude themselves from the Class.

2.     The Court appoints Plaintiff, Shaun Fauley ("Plaintiff"), as the "Class Representative" and appoints Brian J. Wanca of Anderson + Wanca as "Class Counsel."

3.     Pursuant to Federal Rules of Civil Procedure 23, the settlement of this action, as embodied in the terms of the Settlement Agreement, is preliminarily approved.

4.     The Settlement Agreement is incorporated by reference into this Order (with capitalized terms as set forth in the Settlement Agreement) and is hereby preliminarily adopted as an Order of this Court.

5.     The Settlement Agreement proposes that a specific forms of notice to the Class to be sent by facsimile and if unsuccessful after three (3) attempts, by mail, and by maintaining a settlement website. The Court finds that such Notice satisfies the requirements of due process and Federal Rules of Civil Procedure 23. The plan for Notice is approved and adopted. The Court orders that Class Counsel provide the Notice to the Class as proposed in the Settlement Agreement. The Court approves the form of the Notice as contained in Exhibit 2 to the Settlement Agreement. The Court also approves Class-Settlement.com as the Settlement Administrator.

6.     The Court hereby sets deadlines and dates for the acts and events set forth in the Settlement Agreement and directs the Parties to incorporate the deadlines and dates into the Notice to the Class:

    (a)     Class Counsel shall ensure The Notice shall be sent or attempted to be sent via facsimile on or before **December 4, 2018** and with respect to those Class members that notice was not successfully sent by facsimile by U.S. Mail assuming a street address may be reasonably found;

(b) Requests by any Class member to opt out of the settlement must be submitted to the Settlement Administrator on or before **February 11, 2019**, or be forever barred;

(c) Objections and motions to intervene, including supporting memoranda, shall be filed in this Court and postmarked and served on Class Counsel and Defendant's counsel, on or before **February 11, 2019**, or be forever barred; and

7. The final approval hearing, set forth in the Class Notice, is hereby scheduled for, **February 28, 2019, at 11:00 a.m.** in Room 1903. The final approval hearing may be continued to another later date without further notice to the Class.

**ENTERED:**

11/13/18

_____

Jorge L. Alonso
United States District Judge